UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION B-03-043 |
| versus | § | (Claim: 93973) |
| | § | |
| ROSA M. COVARRUBIAS, | § | |
| | § | |
| Defendant | § | |

# Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party.

    See U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue.* The defendant is a resident of Cameron County, Texas, and may be served

    with process at 506 North S Street, Harlingen, Texas 78550.

3.  *The Debt.* The debt owed the United States as of the date of the Certificate of

    Indebtedness is:

    | | | | |
    |---|---|---|---:|
    | A. | Current principal | $ | 3,876.35 |
    | B. | Interest (capitalized and accrued) | $ | 2,337.25 |
    | C. | Administrative fees, costs, penalties | $ | 0.00 |
    | D. | Attorney's fees | $ | 550.00 |
    | E. | Balance due | $ | 6,763.60 |

    F.  Prejudgment interest accrues at

    9.13% per annum being $ 0.97 per day.

    The current principal in paragraph 3 A is after credits of $ 1,363.10.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B. Attorney's fees; and,

   C. Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÌA, P.C.

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Jim L. García
Texas State Bar: 07636700
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038

Attorneys for Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS          B-03-043

Name: Rosa M. Covarrubias
AKA: Maria Covarrubias/ Rosa Maria
                    Covarrubias
Address: 506 N. S St.
              Harlingen, TX 78550
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/24/98.

On or about 7/16/87, the borrower executed promissory note(s) to secure loan(s) of $3,600.00 from Bank of Horton at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $ 0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 1/30/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,876.35 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and 5/15/93 , assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $ 1,324.34 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $3,876.35 |
| Interest: | $2,337.25 |
| Administrative/Collection Costs: | $    0.00 |
| Late fees | $    0.00 |
| Total debt as of: 11/24/98 | $6,213.60 |

Interest accrues on the principal shown here at the current rate of 9.13 percent and a daily rate of $.97 .

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____    Name: _____
                                Title _____
                                Branch _____

PLAINTIFF'S
EXHIBIT
A