UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION: B-03-043 |
| ROSA M. COVARRUBIAS, | § | (Claim: C-93973) |
| Defendant. | § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Rosa M. Cavarrubias:

    A. Principal of $3,876.35;
    B. Prejudgment interest of $2,337.25 to November 24, 1998, and daily accrual of $0.97 per diem until the date of judgment;
    C. Attorney's fees of $550.00;

    - Post-judgment interest at __1.13__ % per annum.

    Covarrubias will make monthly payments of $100.00, beginning May 18, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
    United States Department of Justice
    P. O. Box 198558
    Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

    Signed: __May 27__, 2003, at Brownsville, Texas.

    _____
    United States District Judge

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorneys for the United States of America**

By: _Rosa M. Covarrubias_
Rosa M. Cavarrubias
601 North S
Harlingen, Texas 78550

Of Counsel:
Alonso, Cersonsky & García, P.C.